"O"

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SACR 99-156 AHS |
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |
| Don Barry Lindsey, | |
| Defendant. | |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable Alicemarie H. Stotler, Chief United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),   The Court finds that:

A. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the charged offense, the defendant's lack of bail resources, prior violation of supervised release, use of five name variations and three social security numbers, and the nature of the charge offense, which indicates the defendant is unlikely to comply with conditions of release, and

1  B.   (X)   The defendant has not met his burden of establishing by clear and convincing
2            evidence that he is not likely to pose a danger to the safety of any other person
3            or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding
4            is based on the nature of the charged offense and defendant's criminal history.

6      IT THEREFORE IS ORDERED that the defendant be detained pending the further
7  revocation proceedings.

10 Dated: January 16, 2008

/ s /   ARTHUR NAKAZATO
ARTHUR NAKAZATO
UNITES STATES MAGISTRATE JUDGE